In re Benjamin R. RICE and Marilyn M. Rice.

No. 87–1235.

United States District Court, E.D. Pennsylvania.

April 23, 1987.

Leslie J. Carson, Jr., Jack K. Miller, James J. O'Connell, Philadelphia, Pa., for appellant.

## ORDER

BECHTLE, District Judge.

AND NOW, TO WIT, this 23rd day of April, 1987, upon consideration of appellant's appeal of the bankruptcy court's order entered on January 28, 1987, IT IS ORDERED that for the same reasons set forth by Judge James T. Giles in *In re Capps*, 71 B.R. 592 (E.D.Pa.1987), the appeal is *denied* and the bankruptcy court's decision is *affirmed.*